AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:21-mj-05049 | Date and time warrant executed: March 12, 2021 2:02 PM | Copy of warrant and inventory left with: Vehicle |

Inventory made in the presence of: Detective Trever Donnelly

Inventory of the property taken and name of any person(s) seized:

- Bulk packaging
- Scales
- ¢ drug paraphernalia

___ FILED ___ LODGED
___ RECEIVED
Mar 18, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 12, 2021

*Executing officer's signature*

Stev Meyer SA
*Printed name and title*

"Q"  JRC  3/18/2021